FILED

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY **MB** DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GUILLERMO RODRIGUEZ, JR.,<br><br>   Defendant. | Criminal Case No. 08CR0058-JAH<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about December 8, 2007, within the Southern District of California, defendant GUILLERMO RODRIGUEZ, JR., did knowingly and intentionally import approximately 35.20 kilograms (77.44 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/8/08

KAREN P. HEWITT
United States Attorney

*for* DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
12/18/07