1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California State Bar No. 246653
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5956
   Facsimile: (619) 235-2757
6  Email: cmason@usa.doj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10

                    UNITED STATES DISTRICT COURT
11
                  SOUTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,        )    Case No. 08cr0058JAH
                                     )
                       Plaintiff,    )
14                                   )    **NOTICE OF APPEARANCE**
             v.                      )
15                                   )
    GUILLERMO RODRIGUEZ, JR.,        )
16                                   )
                       Defendant.    )
17  _____ )
                                     )
18

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20      I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

21  captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

22  CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

26  activity in this case:

27      Name

28      None.

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name

6    None.

7

8    Please call me at the above-listed number if you have any questions about this notice.

9    DATED: April 1, 2008

                                    Respectfully submitted,
10
                                    KAREN P. HEWITT
11                                  United States Attorney

12                                  /s/ *Caleb E. Mason*

13                                  CALEB E. MASON
                                    Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Rodriguez              2              08cr0058-JAH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0058JAH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| GUILLERMO RODRIGUEZ, JR., | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as counsel for the United States, dated April 1, 2008, and this Certificate of Service, dated  April 1, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Kurt Hermansen, Esq.
110 W. C St. Suite 1810
San Diego, CA 92101
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2008.

/s/ *Caleb E. Mason*
CALEB E. MASON
Assistant United States Attorney

Notice of Appearance
United States v. Rodriguez                          3                    08cr0058-JAH