PROB 12C
(04/08)

July 23, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 31 AM 9:21

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Guillermo  Rodriguez (English)              **Dkt No.:** 08-CR-0058-001-JAH
       Charged As: (same)

**Reg. No.:** 06702-298

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Date of Sentence:** April 7, 2008

**Original Offense:**  21 U.S.C. §§ 952 and 960, Importation of Marijuana, a Class D felony.

**Sentence:** Five years probation. (*Special Conditions:  See Attached Judgment and Commitment Order.*)

**Type of Supervision:** Probation              **Date Supervision Commenced:** April 7, 2008

**Asst. U.S. Atty.:** Caleb Mason              **Defense Counsel:**  Kurt Hermansen (Appointed)
                                                 (619) 236-8300

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO SUMMON THE OFFENDER TO APPEAR BEFORE THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)**<br>Not commit another federal, state, or local crime. *(nvI)* | 1.  On May 26, 2008, Mr. Rodriguez committed arson of property of another, in violation of Penal Code § 451(d), as evidenced by the complaint filed in the Superior Court of California, County of Los Angeles, Case No. TA097612. |

PROB 12C

Name of Offender: Guillermo Rodriguez                                July 23, 2008
Docket No.: 08-CR-0058-001-JAH                                              Page 2

|  |  |  |
|---|---|---|
|  | 2. | On May 26, 2008, Mr. Rodriguez, was in possession of flammable material in violation of Penal Code § 453(a), as evidenced by the complaint filed in the Superior Court of California, County of Los Angeles, Case No. TA097612. |
| **(Special Condition)** The defendant shall not be a member of any street gang including "Compton Varrios 155", participate in any gang-related activities, associate with any gang members, or possess or wear any gang related paraphernalia. | 3. | On May 26, 2008, Mr. Rodriguez was associating with the Compton Varrios 155 gang as evidenced by the Compton Police Department Report No. 408-09544-2832-053. |

*__Grounds for Revocation:__* The undersigned has received and reviewed the Complaint and arrest report relating to the above-referenced case. According the arrest report, Compton, California, police officers responded to a call regarding arson to a residence. Two vehicles (2003 Nissan Sentra and 1992 Acura Integra) drove by a residence. The victims recognized the occupants of the vehicle to be members of the "CV155" gang and later identified, via a photo lineup, that the driver of the Nissan was Mr. Rodriguez. Both vehicles turned off their headlights and stopped in front of the victim's home.

At that time, Mr. Rodriguez stepped out of his vehicle and threw a glass bottle that had a rag coming from the bottle top and was on fire. The bottle hit a tree approximately five feet from the victim, causing the tree to catch fire. Thereafter, both vehicles drove away. The fire department was summoned and determined that $100 damage to the tree was caused by the fire. The victims were not injured.

While officers were speaking to the victims, the 1992 Acura drove past the victim's house. A traffic stop of the vehicle was conducted and the driver, later identified as Miguel Becerra, a member of the CV155 gang, was arrested.

The offender was located at his residence as he drove up in the Nissan Sentra, and was arrested. He declined to make a statement to officers.

As reflected above, charges have been field in the Superior Court of California, County of Los Angeles, Case No. TA09612, and a pretrial conference hearing is set for July 30, 2008. The offender is at liberty in the community and is on bond.

PROB 12C

Name of Offender: Guillermo Rodriguez

July 23, 2008

Docket No.: 08-CR-0058-001-JAH

Page 3

## VIOLATION SENTENCING SUMMARY

### SUPERVISION ADJUSTMENT

According to the U.S. Probation Officer in the Central District of California, Mr. Rodriguez has been in compliance with all other supervision terms and conditions, albeit he has only been on supervision for three months.   The offender is working and his residence with his mother appears stable.

### OFFENDER PERSONAL HISTORY/CHARACTERISTICS

Mr. Rodriguez is one of four children raised by their mother.  His father passed away in 1991 from a gunshot wound; however, details surrounding his father's death are unknown.  Mr. Rodriguez has lived in Compton, California, his entire life.  According to his PSR, the offender has the tattoos "CV155" and "155" referencing the "Compton Vario 155" street gang.

Mr. Rodriguez is healthy and has no mental health issues.  His jail record reflects he reported he last smoked methamphetamine in November 2007.  Mr. Rodriguez completed the 10th grade and transferred to home studies because he was behind in credits.  Lastly Mr. Rodriguez has worked with forklifts and has no other employment history.

### SENTENCING OPTIONS

### CUSTODY

**Statutory Provisions:** Upon the finding of a violation the court may continue probation, extend the term of probation, modify the conditions of supervision, or revoke probation and resentence under Subchapter A. 18 U.S.C. § 3565 (a) (1) and (2).

If probation is revoked, the maximum term of imprisonment is 5 year(s).  21 U.S.C. § 960(b)(4).

**USSG Provisions:** USSG § 7B1.1(b), p.s., indicates that where there is more than one violation of the conditions of supervision, or the violation includes conduct that constitutes more than one offense, the grade of the violation is determined by the violation having the most serious grade. In this case the most serious conduct involves Arson of Property which constitutes a Grade A violation.  USSG § 7B1.1(2), p.s.

Upon a finding of a Grade A violation the court shall revoke probation. USSG § 7B1.3(a)(1), p.s.

A Grade A violation with a Criminal History Category I (determined at the time of sentencing) establishes an **imprisonment range of 12 to 18 months.**  USSG § 7B1.4, p.s.

Since "the original sentence was the result of a downward departure . . . an upward departure may be

warranted" upon revocation. The court can depart from the available imprisonment range and impose a sentence of up to the statutory maximum of 60 months. USSG § 7B1.4, p.s., comment. (n.4), and 18 U.S.C. § 3565(a)(2).

Finally, if probation is revoked and a term of imprisonment is imposed, the court shall order that the term of imprisonment be served consecutively to any sentence of imprisonment the offender may be serving. USSG § 7B1.3(f), p.s.

## IMPOSITION OF SUPERVISED RELEASE

**Statutory Provisions:** A term of at least 2 years supervised release is required if a sentence of imprisonment is imposed. 21 U.S.C. §960(b)(4).

**USSG Provisions:** If a term of imprisonment is imposed, the court is required to impose a term of supervised release of at least 2 but not more than 3 years. USSG § 5D1.2(a) and (b).

If a sentence of imprisonment of one year or less is imposed, a term of supervised release of at least two years but not more than three years is optional. USSG §§ 5D1.1(b) and 5D1.2(a)(2)

If a sentence of imprisonment is imposed which exceeds one year, the court is required to impose a term of supervised release of at least two years but not more than three years. USSG §§ 5D1.1(a) and 5D1.2(a)(2).

## RECOMMENDATION/JUSTIFICATION

Mr. Rodriguez is before Your Honor after being arrested for committing a serious crime. The arson is considered a Grade A violation pursuant to USSG § 4B1.2(a). He reported his arrest to the U.S. Probation Officer (USPO) in the Central District of California in a timely manner and is responding to the directives. Summoning Mr. Rodriguez to appear before Your Honor seems appropriate as he is being closely monitored by the USPO in the Central District of California, and attending his state court hearings.

If Mr. Rodriguez is found to be in violation of his supervised release conditions, it is recommended that his probation be revoked and that he be sentenced to 12 months custody followed by three years supervised release. This sentence should be ordered to be served consecutive to the sentence he may be receiving in the state case. Mr. Rodriguez' violation conduct is serious act, moreover, his re-involvement in gang activity is of concern to the undersigned. It is clear Mr. Rodriguez has taken advantage of the leniency given by Your Honor when he got probation and it is believed the recommended sentence will reflect the seriousness of his actions, and deter him from future criminal behavior.

PROB 12C
Name of Offender: Guillermo Rodriguez                                    July 23, 2008
Docket No.: 08-CR-0058-001-JAH                                                   Page 5

---

**I declare under penalty of perjury that the
foregoing is true and correct.**

**Executed on:** _July 23, 2008_

Respectfully submitted:                          Reviewed and approved:
KENNETH O. YOUNG
CHIEF PROBATION OFFICER


by _____                    _____
Marifi  Bumatay                                      Mary M. Murphy
U.S. Probation Officer                              Supervising U.S. Probation Officer
(619) 409-5137

Name of Offender: Guillermo Rodriguez                                      July 23, 2008
Docket No.: 08-CR-0058-001-JAH                                                 Page 6

# VIOLATION WORKSHEET

1.  **Defendant:**  Rodriguez, Guillermo

2.  **Docket No.** (Year-Sequence-Defendant No.):  08-CR-0058-001-JAH

3.  **List Each Violation and Determine the Applicable Grade** (*See* USSG § 7B1.1):

| Violation(s) | Grade |
|---|---|
| Arson of Property | A |
| Possession of Material to Commit Arson | C |
| Associate with gang members, specifically "CV155" | C |
| | |
| | |
| | |
| | |
| | |

4.  **Most Serious Grade of Violation** (*See* USSG § 7B1.1(b))                [ A ]

5.  **Criminal History Category** (*See* USSG § 7B1.4(a))                      [ I ]

6.  **Range of Imprisonment** (*See* USSG § 7B1.4(a))              [ 12-18 months]

7.  **Unsatisfied Conditions of Original Sentence**: None.

Name of Offender: Guillermo Rodriguez                                    July 23, 2008
Docket No.: 08-CR-0058-001-JAH                                                 Page 7

## THE COURT ORDERS:

✓    THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE
       COURT ON AUGUST 11, 2008, AT 9:00 A.M., TO SHOW CAUSE WHY PROBATION SHOULD
       NOT BE REVOKED.


_____    Other _____

_____

_____


_____          7-25-08
The Honorable John A. Houston                  Date
U.S. District Judge

                                                              mm2/mm2