```
 1  LAW OFFICE OF KURT DAVID HERMANSEN
    Kurt David Hermansen Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:   (619) 236-8300
    Facsimile:    (619) 236-8400
 4  Cellular:      (619) 436-8117
    KDH@KurtDavidHermansen.com
 5  Attorney for Defendant
    GUILLERMO RODRIGUEZ, JR.
 6
 7
 8
 9
10                  UNITED STATES DISTRICT COURT
11                 SOUTHERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,    )  Case No.    08cr0058 JAH
                                 )
14              Plaintiff,       )  JOINT MOTION TO REAPPOINT KURT
         v.                      )  DAVID HERMANSEN TO REPRESENT
15                               )  DEFENDANT GUILLERMO
    GUILLERMO RODRIGUEZ, JR.,    )  RODRIGUEZ, JR.
16                               )
                Defendant.       )
17
18
```

19      IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of
20 America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caleb
21 Mason, Assistant United States Attorney, and the Defendant, GUILLERMO RODRIGUEZ, JR.,
22 by and through his counsel, Kurt David Hermansen, that Kurt David Hermansen be reappointed
23 to represent Mr. RODRIGUEZ in his probation revocation proceedings scheduled for
24 August 11, 2008 at 9:00 a.m. pursuant to the Criminal Justice Act.
25      Assistant United States Attorney, Caleb Mason, has no opposition to the proposed
26 request.
27
28

1  A proposed order with respect to this joint motion is being submitted directly to the court
2  via efile_houston@casd.uscourts.gov.

Respectfully submitted,

Dated: *August 4, 2008*                *s/Kurt David Hermansen*

Attorney for Defendant RODRIGUEZ
Email: KDH@KurtDavidHermansen.com


Dated: *August 4, 2008*                *s/Caleb Mason*

Assistant United States Attorney
Email: Caleb.Mason@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr0058 JAH |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| GUILLERMO RODRIGUEZ, JR., ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO REAPPOINT KURT DAVID HERMANSEN TO REPRESENT DEFENDANT GUILLERMO RODRIGUEZ, JR.** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Caleb E. Mason**
Caleb.Mason@usdoj.gov, Efile.dkt.gc1@usdoj.gov, yvette.reyes@usdoj.gov

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *August 4, 2008*                              *s/Kurt David Hermansen*
                                                                                            Attorney for Defendant RODRIGUEZ
                                                                                            Email:  KDH@KurtDavidHermansen.com