UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0058 JAH |
| Plaintiff, ) ) | **ORDER REAPPOINTING KURT DAVID HERMANSEN TO** |
| v. ) ) | **REPRESENT GUILLERMO RODRIGUEZ BASED ON JOINT** |
| GUILLERMO RODRIGUEZ, JR., ) ) | **MOTION** |
| Defendants. ) | |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that attorney Kurt David Hermansen be reappointed to represent Guillermo Rodriguez, Jr. in his probation revocation proceedings pursuant to the Criminal Justice Act.

**IT IS SO ORDERED.**

DATED: August 4, 2008

JOHN A. HOUSTON
United States District Judge

08cr0058 JAH