```
 1  Law Office of Kurt David Hermansen
    Kurt David Hermansen, Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:   (619) 236-8300
    Facsimile:   (619) 236-8400
 4  Cellular:    (619) 436-8117
    KDH@Kurt David Hermansen.com
 5  Attorney for Defendant
    GUILLERMO RODRIGUEZ, Jr.
 6
 7
 8
 9                  UNITED STATES DISTRICT COURT
10                 SOUTHERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     )  Case No.  08cr0058 JAH
                                  )
13              Plaintiff,        )
         v.                       )  NOTICE OF CHANGE OF ADDRESS
14                                )  AND FAX NUMBER EFFECTIVE
    GUILLERMO RODRIGUEZ, Jr.,     )  SEPTEMBER 1, 2008
15                                )
                Defendant.        )
16
17  To the Clerk of this Court and all parties of record:
18  I hereby give notice that on September 1, 2008, my address will change to:
19                  Law Office of Kurt David Hermansen
20                  110 West C Street, Suite 1903
21                  San Diego, California 92101
22  Also, my fax number will change to (619) 794-2263.
23                                     Respectfully submitted,
24  Executed on: August 15, 2008        s/Kurt David Hermansen
25                                      Attorney for Defendant
                                  Email: KDH@KurtDavidHermansen.com
26
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0058 JAH |
| Plaintiff, | |
| v. | |
| GUILLERMO RODRIGUEZ, Jr., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Caleb E. Mason**
caleb.mason@usdoj.gov,efile.dkt.gc1@usdoj.gov,pauline.fejeran@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 15, 2008*          *s/Kurt David Hermansen*

                                        Attorney for Defendant
                                        Email: KDH@KurtDavidHermansen.com