Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1903
San Diego, California 92101-3909
Telephone:  (619) 236-8300
Facsimile:  (619) 794-2263
Cellular:   (619) 436-8117
Attorney for Defendant
KDH@KurtDavidHermansen.com
GUILLERMO RODRIGUEZ, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO RODRIGUEZ, JR.,<br><br>Defendant. | Case No. 08cr0058 JAH<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, GUILLERMO RODRIGUEZ, JR., hereby acknowledge that the revocation hearing presently set for September 15, 2008, has been moved to November 17, 2008 at 9:00 a.m., and that I am to appear on November 17, 2008 at 9:00 a.m., before the Honorable John A. Houston, in the United States District Court, Southern District of California, in San Diego, California.

Dated: 9-11-08

_____
GUILLERMO RODRIGUEZ, JR.
Defendant

\\D2p5p6d1\kurt's cpu\_KDH-docs\STIP\ack-sent-Rodriguez.wpd

08cr0058 JAH